UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THE NEW YORK TIMES COMPANY and
CHARLIE SAVAGE,

                          Plaintiffs,

                    -against-

DEPARTMENT OF DEFENSE,

                          Defendant.
------------------------------------------------------------ X

25-CV-9375 (VSB)

**ORDER OF REFERENCE**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.
Dated:     November 19, 2025
             New York, New York

Vernon S. Broderick
United States District Judge