FOIA Summons IH form 4
4/17

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

The New York Times Company and
Charlie Savage

_____
                    Plaintiff

v.

Department of Defense

_____
                    Defendant

)
)
)
)
)
)
)
)

Civil Action No.  1:25-cv-9375

## SUMMONS IN A CIVIL ACTION

To:    (Defendant's name and address)

    Department of Defense
    1000 Defense Pentagon
    Washington, DC 20301

    A lawsuit has been filed against you.

    Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David E. McCraw
    The New York Times Company
    Legal Department
    620 Eighth Ave.
    New York, NY 10018

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date:  11/19/2025

/s/ P. Canales
_____
Signature of Clerk or Deputy Clerk

FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ❒ Other *(specify):*

                                                                                                                                .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                _____
                                                                         *Server's signature*

                                                _____
                                                                             *Printed name and title*

                                                _____
                                                                             *Server's address*

Additional information regarding attempted service, etc: