**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 30, 2025

VIA ECF
Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  *The New York Times Company, et al. v. Department of Defense*
           Docket No. 25-cv-9375 (VSB)(JW)

Dear Judge Willis:

      This Office represents the United States Department of Defense ("DOD" or the "Government") in the above-referenced Freedom of Information Act ("FOIA") action brought by Plaintiffs The New York Times Company and Charlie Savage (together, "Plaintiffs"). I write to your Honor in accordance with Judge Broderick's Order of Reference referring, *inter alia*, all non-dispositive pretrial motions to your Honor, ECF No. 6, to request *nunc pro tunc* an extension of the Government's deadline to answer the complaint to January 14, 2026.

      The original deadline for the Government to file its answer was December 24, 2025, and the Government apologizes to the Court for having failed to seek an extension prior to that date due to a calendaring error. The extension is necessary to provide this Office with adequate time to confer with DOD regarding the status of the FOIA request at issue and to respond to the allegations in the complaint. Plaintiffs consent to the requested extension.

      I thank the Court for its consideration of this request.

                                           Respectfully submitted,

                                           JAY CLAYTON
                                           United States Attorney

                By:    /s/ *Dominika Tarczynska*
                         PETER ARONOFF
                         DOMINIKA TARCZYNSKA
                         Assistant United States Attorney
                         86 Chambers Street, 3rd Floor
                         New York, New York 10007
                         Telephone: (212) 637-2697/2748
                         E-mail: peter.aronoff@usdoj.gov
                         dominika.tarczynska@usdoj.gov
                         *Attorney for the United States*