

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 12, 2026

**By ECF**

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *The New York Times Company, et al. v. Department of Defense*, No. 25 Civ. 9375 (VSB) (JW)

Dear Judge Willis:

      This Office represents defendant the United States Department of Defense ("DOD" or the "Government") in the above-referenced Freedom of Information Act ("FOIA") action brought by Plaintiffs The New York Times Company and Charlie Savage (together, "Plaintiffs"). I write respectfully to request a two-week extension, from January 14, 2026, to January 28, 2026, of the Government's deadline to respond to the complaint. The reason for this request is that I am assuming primary responsibility for the defense of this matter but just returned from parental leave last week; the requested extension would allow me additional time to consult with agency counsel regarding the complaint's allegations prior to filing a response.

      This is the Government's second request for an extension of time to respond to the complaint. The Court granted the Government's first request. *See* Dkt. No. 9. Plaintiffs consent to this request.

      I thank the Court for its consideration of this request.

      Respectfully,

      JAY CLAYTON
      United States Attorney for the
      Southern District of New York

By:   */s/ Alyssa B. O'Gallagher*
      ALYSSA B. O'GALLAGHER
      Assistant United States Attorney
      Tel.: (212) 637-2822
      Email: alyssa.o'gallagher@usdoj.gov