

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 28, 2026

**By ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *The New York Times Company, et al. v. Department of Defense*, No. 25 Civ. 9375
             (VSB) (JW)

Dear Judge Willis:

      This Office represents defendant the United States Department of Defense ("DOD" or the "Government") in the above-referenced Freedom of Information Act ("FOIA") action brought by Plaintiffs The New York Times Company and Charlie Savage (together, "Plaintiffs"). I write respectfully, with Plaintiffs' consent, (1) to request that the Government's January 28 deadline to answer or otherwise respond to the complaint be adjourned without date, and (2) to propose that the parties provide monthly status reports to the Court until the matter is resolved or a dispute is ripe for the Court's resolution.

      The Government is currently in the process of searching for records responsive to Plaintiffs' FOIA requests. The parties agree that this case will likely either be resolved consensually or, to the extent they cannot resolve all issues related to Plaintiffs' FOIA requests consensually, via summary judgment. *See Carney v. DOJ*, 19 F.3d 807, 812 (2d Cir. 1994). In addition, the Government notes that some of the same staff who are currently working to respond to Plaintiffs' requests would need to devote time to the answer. The Government thus respectfully requests—with Plaintiffs' consent—that the Government's time to answer or otherwise respond to the complaint be adjourned without date.

      In order to ensure that the case proceeds, we further propose that the parties file joint status reports every 30 days, with the first report to be filed on February 27, 2026. If the parties reach an impasse as to any issues, they will so alert the Court and propose a summary judgment briefing schedule or other appropriate next steps in a future joint status report.

      This is the Government's third request for an adjournment of the deadline to answer or otherwise respond to the complaint. The Court granted the Government's prior requests. *See* Dkt. Nos. 9, 12.

I thank the Court for its consideration of this request.

                              Respectfully,

                              JAY CLAYTON
                              United States Attorney for the
                              Southern District of New York

               By:      /s/ Alyssa B. O'Gallagher
                              ALYSSA B. O'GALLAGHER
                              Assistant United States Attorney
                              Tel.: (212) 637-2822
                              Email: alyssa.o'gallagher@usdoj.gov