

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 27, 2026

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:   *The New York Times Company, et al. v. Department of Defense*, No. 25 Civ. 9375 (VSB) (JW)

Dear Judge Broderick:

   This Office represents defendant the United States Department of Defense ("DOD" or the "Government") in the above-referenced Freedom of Information Act ("FOIA") action, in which Plaintiffs The New York Times Company and Charlie Savage (together, "Plaintiffs") seek copies of surveillance video related to boat strikes conducted by the U.S. military in the Caribbean Sea and Pacific Ocean in September and October 2025.  The parties write jointly in response to the Court's order to file a joint status report every 30 days, with the first report to be filed on February 27, 2026.  *See* Dkt. No. 14.

   Given the classified nature of the records requested, as well as the need for inter-agency coordination, processing of Plaintiffs' FOIA requests remains ongoing within DOD.  At this time, the Government anticipates completing its response to Plaintiffs within the next 60 days.  However, it is possible that processing will require additional time given the particular records sought and the nature of classification review.

   It is The Times's position that the Government's anticipated timeline for completing its response is unreasonable given the circumstances of the case.  The Times filed the FOIA requests at issue in September and November 2025, and this action in November 2025.  These requests seek a narrow, clearly defined set of records—surveillance videos of boat strikes conducted by the United States military in September and October 2025.  Portions of these videos have already been released to the public by the President and other senior officials.  And the records are of exceptional and ongoing public significance given unanswered questions about these particular strikes and the Government's continued use of similar strikes.  *See, e.g.*, Eric Schmitt, *U.S. Hits Another Boat in the Caribbean, Killing 3*, N.Y. Times (Feb. 23, 2026), https://www.nytimes.com/2026/02/23/us/politics/boat-strike-carribean-us-deaths.html.
The Times therefore anticipates requesting that the Court order the Government to complete its response on or before March 27, 2026.  It intends to file a brief letter to that effect on or before March 4, 2026, and the Government intends to respond on or before March 6, 2026.

2

The parties thank the Court for its consideration of this joint status report and will file their next joint status report by March 30, 2026.

                                                Respectfully,

                                                JAY CLAYTON
                                                United States Attorney for the
                                                Southern District of New York

By:    _/s/ Alyssa B. O'Gallagher_
          ALYSSA B. O'GALLAGHER
          Assistant United States Attorney
          Tel.: (212) 637-2822
          Email: alyssa.o'gallagher@usdoj.gov