

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 6, 2026

**By ECF**

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *The New York Times Company, et al. v. Department of Defense*, No. 25 Civ. 9375 (VSB) (JW)

Dear Judge Willis:

    This Office represents defendant the United States Department of Defense (the "Government") in the above-referenced Freedom of Information Act ("FOIA") action. I write respectfully in response to the letter, filed by Plaintiffs The New York Times Company and Charlie Savage (together, "Plaintiffs") on March 4, 2026, *see* Dkt. No. 16, to inform the Court that the Government will file a response to this letter by March 10, 2026. Though the parties previously represented to the Court that the Government intended to respond by March 6, 2026, *see* Dkt. No. 15 at 2, the parties have since agreed that the Government will respond by March 10, 2026, as it needs additional time to prepare its response.

    I thank the Court for its attention to this matter.

    Respectfully,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    */s/ Alyssa B. O'Gallagher*
    ALYSSA B. O'GALLAGHER
    Assistant United States Attorney
    Tel.: (212) 637-2822
    Email: alyssa.o'gallagher@usdoj.gov