**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 30, 2026

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:  *The New York Times Company, et al. v. Department of Defense*, No. 25 Civ. 9375 (VSB) (JW)

Dear Judge Broderick:

This Office represents defendant the United States Department of Defense ("DOD" or the "Government") in the above-referenced Freedom of Information Act ("FOIA") action, in which Plaintiffs The New York Times Company and Charlie Savage (together, "Plaintiffs") seek copies of surveillance video related to boat strikes conducted by the U.S. military in September and October 2025. *See* Dkt. No. 1 ¶¶ 20, 27 (seeking "a copy of surveillance video related to the operation in the Caribbean Sea on or about Sept. 2, 2025, in which the U.S. military attacked a boat that President Trump said was carrying drugs and 11 members of Tren de Aragua" in one FOIA request, and "the entire videos from each available source for the two strikes to date in which the administration said there were survivors: the strike . . . announced on . . . October 18, and one of the trio of strikes . . . announced . . . on Oct. 28" in the other). The parties write jointly in response to the Court's order to file a joint status report every 30 days. *See* Dkt. No. 14.

Since the parties' last joint status report, *see* Dkt. No. 15, Plaintiffs made, *see* Dkt. No. 16, and the Government opposed, *see* Dkt. No. 18, a request for expedited processing of their FOIA requests, requesting that the Government complete its response to these requests on or before March 27, 2026. To date, processing of Plaintiffs' FOIA requests is not yet complete and remains ongoing within DOD.

The parties thank the Court for its consideration of this joint status report and will file their next joint status report by April 29, 2026.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/ Alyssa B. O'Gallagher
ALYSSA B. O'GALLAGHER
Assistant United States Attorney
Tel.: (212) 637-2822
Email: alyssa.o'gallagher@usdoj.gov

2