UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE NEW YORK TIMES COMPANY, *et al.*,

                           Plaintiffs,

           -against-

DEPARTMENT OF DEFENSE,

                          Defendant.
-------------------------------------------------------------------X

**ORDER**

**25-CV-9375 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court has reviewed Plaintiffs' request at Dkt. No. 16 and Defendant's subsequent response at Dkt. No. 18.

Plaintiff requests the Court to order Defendant to complete its response to Plaintiffs' FOIA requests on or before March 27, 2026. See Dkt. No. 16, 18. Plaintiff contends that Defendants' anticipated timeline is unreasonable under the circumstances, especially given the narrow, discrete set of records and that these requests are of "exceptional public importance and obvious and unusual time-sensitivity." Dkt. No. 16. Defendant counters that it is "not feasible to complete" processing before the end of April 2026 because of "the highly sensitive nature of the requested records and the complex interagency review process, including security and declassification review." Dkt. No. 18.

Because Plaintiff's proposed date and Defendants' anticipated date is only a month apart, and Defendants' FOIA Manager has asserted via declaration that it is not feasible to complete processing before the end of April, the Court finds Defendant's anticipated deadline reasonable under the circumstances and ultimately

**DENIES** Plaintiff's request.  To that end, Defendant has until **April 30, 2026** to complete its responses to Plaintiffs' FOIA requests.  However, the Court agrees with Plaintiffs that it has been quite some time since Defendant has been on notice of these FOIA requests and fully expects Defendant to comply by the April 30th deadline.

SO ORDERED.

DATED:    New York, New York
          March 31, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge