

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

This request is GRANTED. SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
May 11, 2026

May 8, 2026

**By ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *The New York Times Company, et al. v. Department of Defense*, No. 25 Civ. 9375
(VSB) (JW)

Dear Judge Willis:

This Office represents defendant the United States Department of Defense ("Defendant" or the "Government") in the above-referenced Freedom of Information Act ("FOIA") action, in which Plaintiffs The New York Times Company and Charlie Savage (together, "Plaintiffs") seek copies of surveillance video related to boat strikes conducted by the U.S. military in September and October 2025. *See* Dkt. No. 1 ¶¶ 20, 27. The parties write jointly in response to the Court's order to file a joint status report by May 8, 2026. *See* Dkt. No. 22.

On April 30, 2026, the Court ordered the Government to complete its response to Plaintiffs' FOIA requests by May 7, 2026. *See* Dkt. No. 22. On May 7, 2026, the Government communicated to Plaintiffs that it is not making any further release of the requested videos and has withheld them on the basis of FOIA's exemption 1. (A formal determination letter from Defendant is forthcoming.) Plaintiffs intend to challenge this determination, and the parties agree that issues related to Plaintiffs' FOIA requests and the Government's application of FOIA exemptions will be resolved by summary judgment. *See Carney v. DOJ*, 19 F.3d 807, 812 (2d Cir. 1994). Accordingly, the parties propose filing a letter by May 12, 2026, jointly proposing a briefing schedule for cross-motions for summary judgment or, if the parties cannot agree, each party's proposed schedule.

The parties thank the Court for its consideration of this joint status report.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   _/s/ Alyssa B. O'Gallagher_
ALYSSA B. O'GALLAGHER
Assistant United States Attorney
Tel.: (212) 637-2822
Email: alyssa.o'gallagher@usdoj.gov

2