

The New York Times
Company

Jackson Busch
First Amendment Fellow

T 212 556 1244

jackson.busch@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

May 12, 2026

**VIA ECF**

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *N.Y. Times Co. et al. v. Dep't of Def.*, No. 25-cv-9375 (VSB) (JW)

Dear Judge Willis:

I represent The New York Times Company and reporter Charlie Savage (together, "The Times") in the above-referenced Freedom of Information Act ("FOIA") action. Pursuant to the Court's May 11 order, *see* ECF No. 24, I write jointly with the Department of Defense ("DoD") to propose a briefing schedule for the parties' anticipated cross-motions for summary judgment.

The parties have conferred and respectfully propose the following briefing schedule:

- **June 12**: DoD's motion for summary judgment due.
- **July 9**: The Times's cross-motion for summary judgment and response in opposition to DoD's motion due.
- **July 23**: DoD's reply in support of its motion and response in opposition to The Times's cross-motion due.
- **August 6**: The Times's reply in support of its cross-motion due.

The parties thank the Court for its consideration of this letter.

Respectfully submitted,

*/s/ Jackson Busch*
David McCraw
Jackson Busch
Legal Department
The New York Times Company
620 Eighth Avenue

New York, NY 10018
Phone: (212) 556-1244
Email: mccraw@nytimes.com
      jackson.busch@nytimes.com

*Counsel for Plaintiffs*