UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY and
CHARLIE SAVAGE,

                    Plaintiffs,

            v.

DEPARTMENT OF DEFENSE,

                    Defendant.

No. 25 Civ. 9375 (VSB)

**NOTICE OF MOTION FOR
SUMMARY JUDGMENT**

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendant's Motion for Summary Judgment and the Declaration of Ricky D. Buria,

Defendant the United States Department of War, by its attorney, Jay Clayton, United States

Attorney for the Southern District of New York, hereby moves this Court for an Order pursuant

to Federal Rule of Civil Procedure 56, granting summary judgment for Defendant with respect to

all claims.

Dated: June 12, 2026
        New York, New York

                                Respectfully submitted,

                                JAY CLAYTON
                                United States Attorney
                                Southern District of New York

            By:    */s/ Jeffrey Oestericher*
                                JEFFREY OESTERICHER
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Tel.: (212) 637-2695
                                Email: jeffrey.oestericher@usdoj.gov