**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY and CHARLIE SAVAGE,<br><br>              Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE,<br><br>              Defendant. | No. 25-cv-9375 |

**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Plaintiffs' Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for

Summary Judgment, as well as the Declaration of David McCraw and the attached exhibits,

Plaintiffs The New York Times Company and Charlie Savage move this Court for an order

pursuant to Federal Rule of Civil Procedure 56 entering summary judgment in favor of Plaintiffs.

Dated: July 9, 2026
     New York, New York

*/s/ David McCraw*
David McCraw
Jackson Busch
The New York Times Company
Legal Department
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-4031
Email: mccraw@nytimes.com
     jackson.busch@nytimes.com

*Attorneys for Plaintiffs*